UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTURO ESTEVEZ, individually and on behalf of all others similarly situated,

                Plaintiff,

-v-

DUDE PERFECT, LLC,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 9008 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 20, 2022, the Court directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("26(f) Report and PCMP"), via ECF, signed by counsel for each party, no later than one week (seven (7) calendar days) before the telephonic initial case management conference scheduled for June 28, 2022, i.e., by June 21, 2022. (ECF No. 15). The parties failed, however, to file the 26(f) Report and PCMP by the deadline or to request an extension of time to do so. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the 26(f) Report and PCMP by **June 24, 2022**. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Dated:     New York, New York
            June 22, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**