UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTURO ESTEVEZ, individually and on behalf of all
others similarly situated,

Plaintiff,

-v-

DUDE PERFECT, LLC,

Defendant.

CIVIL ACTION NO.: 21 Civ. 9008 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 22) for an adjournment sine die of all case deadlines and conferences is GRANTED, and the Initial Case Management Conference scheduled for June 28, 2022 at 10:00 am is CANCELLED.  By **July 27, 2022**, the parties shall file either (i) a stipulation of dismissal for the attention of the Honorable Andrew L. Carter, Jr. or (ii) a joint letter reporting on the status of their settlement agreement.

Dated:      New York, New York
            June 27, 2022

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**