UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ARTURO ESTEVEZ, Individually, and On
Behalf of All Others Similarly Situated,

      Plaintiff,

vs.

DUDE PERFECT, LLC,

      Defendant.

---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/27/2022

Case No. 1:21-cv-09008-ALC-SLC

**STIPULATION OF DISMISSAL**

**MEMO ENDORSED**

   **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  July 12, 2022      **MIZRAHI KROUB LLP**

               /s/

               EDWARD Y. KROUB
               JARRETT S. CHARO
               WILLIAM J. DOWNES
               200 Vesey Street, 24th Floor
               New York, NY  10281
               Telephone:  212/595-6200
               212/595-9700 (fax)
               jmizrahi@mizrahikroub.com
               jcharo@mizrahikroub.com
               wdownes@mizrahikroub.com

               *Attorneys for Plaintiff*

| | |
|---|---|
| DATED: July 12, 2022 | **LEVINSON ARSHONSKY & KURTZ** |
| | *[signature]* |
| | NATHAN THOMAS LOWERY<br>15303 Ventura Boulevard<br>Suite #1650<br>Sherman Oaks, CA 91403<br>818-382-3434<br>Email: nlowery@laklawyers.com |
| | *Attorneys for Defendant* |

The Clerk of the Court is respectfully directed to close this case.

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 7/27/2022

2